ORIGINAL

FORM 2
COVER SHEET

RECEIVED
SEP 9 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
Don Stebbins d/b/a Community Life Media

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): John W. Boyd and Sara Berger

Firm Name: Freedman Boyd Daniels Hollander Goldberg & Cline P.A.

Post Office Box: P.O. Box 25326 ZIP: 87125

03-2130C

Street Address: 20 First Plaza, Suite 700

City-State-Zip: Albuquerque, NM 87102

Telephone & Facsimile Numbers: Off: (505) 842-9960 Fax: (505) 842-0761

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 4
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R
See attached sheet for three digit codes.

Amount Claimed: $ $404,543 plus attorneys' fees and costs
Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.