IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DON STEBBINS, d/b/a )
COMMUNITY LIFE MEDIA, )
)
Plaintiff, )
)
v. ) No. 03-2130C
) (Judge Williams)
THE UNITED STATES )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of ALAN J. LO RE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0277
Fax: (202) 514-8624

Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

s/Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: September 26, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ______ day of September, 2003, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

John W. Boyd
Sara Berger
20 First Plaza
Suite 700 (87102)
P.O. Box 25326
Albuquerque, NM 87125
Phone: (505) 842-9960
Fax: (505) 842-0761

____________________________