IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON STEBBINS, d/b/a COMMUNITY LIFE MEDIA, | ) | |
| Plaintiff, | ) | No. 03-2130C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including December 26, 2003, to file a response to the complaint in the above-captioned matter. Our response is currently due on November 10, 2003. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated to the counsel for defendant that plaintiff does not oppose this request.

The requested enlargement of time is necessary because defendant's counsel has not yet received a litigation report from the agency. An enlargement of 45 days will allow agency counsel additional time to assemble and evaluate relevant records obtained from the contracting officer and allow defendant's counsel time to review the case, coordinate our response with agency counsel, and obtain necessary internal review.

For the foregoing reasons, we respectfully request that the

Court grant our motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including December 26, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

S/ALAN J. LO RE
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 307-0277

October 23, 2003

Attorneys for Defendant