# In the United States Court of Federal Claims

**No. 03-2130C**

**(Filed November 14, 2003)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**DON STEBBINS, d/b/a** *
**COMMUNITY LIFE MEDIA,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 23, 2003, Defendant filed an Unopposed Motion for an Enlargement of Time of 45 days, to and including December 26, 2003, within which to file its response to Plaintiff's Complaint. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**