IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON STEBBINS, d/b/a COMMUNITY LIFE MEDIA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2130C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

Pursuant to this Court's March 4, 2004 order, defendant, the United States, submits a list of relevant statutes and regulations authorizing the Challenge Cost-Share Agreement at issue in the above-captioned case.

The Interior and Related Agencies Appropriations Act of 1992 authorizes the United States Forest Service ("USFS") to cooperate with other parties to develop, plan, and implement projects that are mutually beneficial to the parties, and that enhance USFS activities. Interior and Related Agencies Appropriations Act of 1992, Pub. L. No. 102-154, 105 Stat. 1018 (codified as amended in scattered sections of 16 U.S.C.); See also 31 U.S.C. § 6305. Guidelines for implementing agreements pursuant to this statute are contained in Chapter 1580 of the internal USFS Manual, Chapter 60 of the USFS "Grants, Cooperative Agreements, and Other Agreements Handbook," and the USFS "Partnership Guide."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

S/ KELLY B. WEISS
KELLY B. WEISS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

Of Counsel:

PATRICIA LEIGH DISERT
Attorney
USDA Office of the
General Counsel
Tele: (505) 248-6007
Fax: (505) 248-6013

March 12, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 12, 2004, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. WEISS

**ATTACHMENT**

# INDEX OF ATTACHMENT


| Document | Page |
|---|---|
| Excerpt from United States Forest Service Manual, Chapter 1580, Section 1587, dated April 21, 1995 | 1 |
| Excerpt from United States Forest Service Handbook, Chapter 6, dated April 21, 1995 | 8 |
| Excerpt from United States Forest Service 1997 Partnership Guide | 11 |