LAW OFFICES OF
FREEDMAN BOYD DANIELS HOLLANDER GOLDBERG & CLINE P.A.
20 FIRST PLAZA, SUITE 700
ALBUQUERQUE, NEW MEXICO 87102

TELEPHONE
(505) 842-9960
FACSIMILE
(505) 842-0761

MAILING ADDRESS:
P.O. BOX 25326
ALBUQUERQUE, NM 87125-0326

March 12, 2004

Via electronic filing

Clerk's Office
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: Don Stebbins d/b/a Community Life Media v. The United States
No. 03-2130C

Dear Sir or Madam:

Per Judge Williams' instruction from the telephonic hearing held on March 3, 2004, attached herewith are the plaintiffs' MOUs to be filed with the Court. We are submitting this letter with the MOUs for the electronic filing.

Thank you for your assistance. Please call if you have any questions.

Very truly yours,

for JOHN W. BOYD

JWB/ks
enclosure
cc: Kelly B. Weiss, Esq.

ORIGINAL

16-R3-99-MOU-33

**MEMORANDUM OF UNDERSTANDING**
**between**
**COMMUNITY LIFE MEDIA CO.**
**and the**
**USDA, FOREST SERVICE**
**SOUTHWESTERN REGION**

This Memorandum of Understanding (MOU) is made and entered into by and between Community Life Media Co., a for-profit company, hereinafter referred to as CLM, and the United States Department of Agriculture, Forest Service, Southwestern Region, hereinafter referred to as the Forest Service.

## I. PURPOSE

The purpose of this MOU is to survey the individual Ranger District offices within the Southwestern Region to see if there is interest in the development of media sources which are designed to educate the public about the existing cultural practices of communities served by the Forest Service. In order to represent the important role played by the National Forests and by America's natural resources, as regards the sustenance of cultural practices within the Southwestern United States, it is anticipated that media sources may be situated in a geographically linked manner on Forest System lands and prospectively on other public or tribal lands.

These media sources may include aural and visual installations that illustrate the cultures and cultural practices of a local area, together with supporting media such as broadcast, internet, and print media to promote these installations to both resident and tourist populations.

The development of such lands-based media sources may extend to the development of land stewardships and the like within individual Districts, and to the participation by various individuals and organizations in the development of the media anticipated herein.

## II. STATEMENT OF MUTUAL BENEFITS AND INTERESTS

The Forest Service is a land management agency responsible for the National Forest Systems in the states of Arizona, New Mexico, Texas, and Oklahoma. The Forest Service is dedicated to the management of natural resources, and so for the development of public support and understanding of the varied and vital roles that these resources have played for communities, throughout American history and in the present day.

CLM is a for-profit company whose leadership has provided for the development and distribution of original cultural media in the Region since 1983. CLM recognizes the need to work cooperatively with certain public agencies, in order to produce responsible public media about certain cultural and historical topics. In turn, such media can inform the public of the value of maintaining a wide range of cultural practices within American communities, and can further inform of the vitality and scarcity of the natural resources which sustain these communities and their cultural practices.

CLM and the Forest Service have responsibilities in the development of media sources that promote wise use of natural resources, and that enable better public understanding of the vital and varied role such resources have played throughout the Southwest. Both parties understand that community cultural practices are often times a by-product of America's natural resources and of the American experience at large on public lands, and that these cultural practices deserve a place of recognition that can best be experienced on national forests.

In consideration of the above premises, the parties agree as follows:

**III. CLM SHALL:**

Survey the Ranger District offices to see if there is interest in a geographically linked series of media installations which illustrate the cultural practices of local communities in a manner that encourages tourists and local residents to conscientiously visit the Southwestern Region on a regular basis.

**IV. THE FOREST SERVICE SHALL:**

Provide a listing of the District sites in the Southwestern Region.

**V. IT IS MUTUALLY AGREED AND UNDERSTOOD BY AND BETWEEN THE SAID PARTIES THAT:**

1. Either party, in writing, may terminate the instrument in whole, or in part, at any time before the date of expiration.

2. This instrument in no way restricts the Forest Service or the Cooperator from participating in similar activities with other public or private agencies, organizations, and individuals.

3. Pursuant to Section 22, Title 41, United States Code, no member of, or Delegate to, Congress shall be admitted to any share or part of this instrument, or any benefits that may arise therefrom.

4. This instrument is executed as of the last date shown below and expires three years from the last date shown, at which time it will be subject to review, renewal, or expiration.

5. The principal contacts for this instrument are:

Brent Botts
USDA, Forest Service
Recreation Staff
517 Gold Avenue, SW
Albuquerque, NM 87102
505-842-3233

Don Stebbins
Community Life Media Co.
PO Box 11624
Albuquerque, NM 87192
505-293-3428

6. This instrument is neither a fiscal nor a funds obligation document. Any endeavor involving reimbursement or contribution of funds between the parties to this instrument will be handled in accordance

with applicable laws, regulations, and procedures including those for Government procurement and printing. Such endeavors will be outlined in separate agreements that shall be made in writing by representatives of the parties and shall be independently authorized by appropriate statutory authority. This instrument does not provide such authority. Specifically, this instrument does not establish authority for noncompetitive award to the cooperator of any contract or other agreement. Any contract or agreement for training or other services must fully comply with all applicable requirements for competition.

7. Modifications within the scope of this instrument shall be made by the issuance of a bilaterally executed modification prior to any changes being performed.

VI. **IN WITNESS WHEREOF,** the parties hereto have executed this agreement as of the last written date below.

FORESTSERVICE
Southwestern Region

Louis Volk Jr.
ELEANOR S. TOWNS
Regional Forester

4/1/99
Date

COMMUNITY LIFE MEDIA CO.

DON STEBBINS
Programs Consultant

Date

Cibola National Forest
National Grasslands

Cibola National Forest
Supervisor's Office
2113 Osuna Rd. NE, Suite A
Albuquerque, NM 87113-1001

(505) 346-2650 FAX: (505) 346-2663

Deliver to: Don Stebbins
Person

Address/Unit

293-0069 299-2104
Phone/FAX ☐ FTS ☐ Commercial

From: Bob Cordts
Person

Message: Don, I've incorporated about 90% of your comments and feel this document is ready to finalize. It's also had extensive internal review and some additional comments were added.

Please review. It is my objective to send this to you on Friday for your signature.

What about April meeting dates? 4/14 or 4/15 from 5:30pm - 9pm?

Bob

Total number of pages sent (including cover): ____

☐ Confirm receipt requested

MOU-3-99-__-___

**MEMORANDUM OF UNDERSTANDING**
**between the**
**COMMUNITY LIFE MEDIA COMPANY**
**and the**
**USDA FOREST SERVICE, CIBOLA NATIONAL FOREST**

## I. AUTHORITY

This MEMORANDUM OF UNDERSTANDING (MOU) is made and entered into by and between the COMMUNITY LIFE MEDIA COMPANY (CLM), located in BERNALILLO COUNTY, and the U.S. Department of Agriculture, Forest Service, Cibola National Forest, hereinafter referred to as the Forest Service, under the provisions of the Multiple-Use Sustained-Yield Act of 1960 (16 U.S.C. 528-531).

## II. PURPOSE

The purpose of this MOU is to allow joint use of specific areas (boundaries identified in the attached map) within the Sandia Crest Observation Site limited to the Observation Deck, covered seating area and Forest Service toilet plazas (building exteriors only unless otherwise agreed to) areas by the Community Life Media Company and the Forest Service, so that they may assist one another in accomplishing mutually beneficial objectives related to public education and conservation education. This is to be accomplished by providing interpretative displays and signs (which may change on a regular basis), and could include audio, interactive media stations and a bronze plaque for the observation deck in compliance with the approved Interpretative Project Plan for this Site.

## III. MUTUAL BENEFITS

Both parties have the common objectives of providing conservation education to the public by increasing public awareness, knowledge, and appreciation of natural and cultural resources and their management. This project agreement will allow both parties the opportunity to target interpretative services to a high use recreation area and to engender partnerships and associations with visitors and others to support the mission of the Forest Service. Such approved signs and media will be continuously posted or updated by CLM as approved in the Project Interpretative Plan and Cost Share Agreement #03-98-03-013.

## IV. THE COMMUNITY LIFE MEDIA COMPANY SHALL

1. Provide the Forest Service with art work, finished products, installation and maintenance of interpretative signs and displays that can include audio or interactive devices to meet the Interpretative Project Plan objectives for this Site. The initial funding and work is being accomplished under Cost Share Agreement # 3-98-03-013 which expires on 9-30-99 and in accordance with the Forest Service approved Interpretative Project Plan.

2. Meet periodically with the Forest Service officials to discuss a schedule for changing displays; to coordinate activities; and to identify opportunities for mutually beneficial projects

services, and activities. These changes in the signage and other media identified in this MOU must be agreed to by both parties.

3. Agree to transfer the exhibits (except electronic media) to the Cibola National Forest as government property, on a date agreed to by both parties.

## V. THE FOREST SERVICE SHALL

1. Make the specific locations (identified above under purpose) within Sandia Crest Observation Site exclusively available for natural and cultural resource education interpretive displays for a period of five years from the date this agreement is approved. This agreement may be extended at the discretion of the Forest Service. The Cibola National Forest and Community Life Media will be the only entities that post displays within the identified locations on the attached map.

2. The Forest Service will retain the right of refusal over the content of all media, sponsorship and sponsorship logos. Any sponsors or media materials will be approved or rejected in writing by the District Ranger within 30 days from the date of submission. It is understood that the Community Life Media Company will retain all trademarks, copyright and license of the interpretative content of all materials provided by CLM and that this MOU shall not be construed to grant any rights to the District to use this material outside the scope of this agreement without written permission from CLM.

3. Continue the commitments in other agreements, until terminated, that include the binoculars at the Observation Deck by the Crest House and the Interpretative Agreement in the Information Station with Public Lands Interpretative Association. The Forest Service may also enter into other agreements involving the use of the specific areas on the attached map that involve other than interpretative signs, displays and materials.

## VI. IT IS MUTUALLY AGREED AND UNDERSTOOD BY AND BETWEEN THE SAID PARTIES THAT:

1. This MOU is neither a fiscal nor a funds obligation document. Any endeavor involving reimbursement or contribution of funds between the parties to this MOU will be handled with applicable laws, regulations, and procedures.

2. Any press releases or marketing programs that reference this MOU, or the relationship established between the parties of the MOU, shall have prior approval of all parties to this agreement.

3. Meetings will take place periodically to discuss and identify opportunities for mutually beneficial projects and activities.

4. This agreement in no way restricts the Forest Service or CLM from participating with other public or private agencies, organizations, and individuals or from accepting contributions and gifts for the improvement, development, administration, operation, and maintenance of the buildings or additional interpretative facilities, specifically the Sandia Crest Information Station.

5. Nothing in this agreement shall be construed as obligating the Forest Service to expand, or as involving the United States in any obligation for future payment of money in excess of appropriations authorized by law and administratively allocated for these purposes.

6. Neither party is responsible for damage caused to property by and not limited to fire, water, vandalism, lightning, acts of nature, etc.

7. This MOU may be revised after mutual consent of both parties by issuance of a written amendment. It may be terminated with a 60 day written notice of either party.

8. Pursuant to Section 22, Title 41, United States Code, no member of, or Delegate to, Congress shall be admitted to any share or part of this instrument, or any benefits that may arise therefrom.

9. The parties agree to review and assess the effectiveness of the program and MOU annually.

10. This agreement expires five years from the date it is approved by the Forest Supervisor, at which time it will be subject to review, renewal or expiration at the discretion of the Cibola National Forest. An extension of this agreement beyond five years may also be granted by the Cibola National Forest to continue the success of this project.

11. The principle contacts for this agreement are:

Clifford Dils
District Ranger
Sandia Ranger District
11776 Hwy 337
Tijeras, NM 87059
or
Dana Howlett
Interpretive Staff
Sandia Ranger District
11776 Hwy 337
Tijeras, NM 87059

Don Stebbins
President
Community Life Media
28 Lakeshore Drive NE
Albuquerque, NM 87112

IN WITNESS WHEREOF, the parties hereto have executed this agreement as of the last written date below.

_______________________________ _______________
LIZ AGPAOA, Forest Supervisor Date
Cibola National Forest

_______________________________ _______________
DON STEBBINS, President Date
Community Life Media Company