IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON STEBBINS, d/b/a COMMUNITY LIFE MEDIA, Plaintiff, | ) | |
| v. | ) | No. 03-2130C (Judge Williams) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE DISCOVERY

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the Court enlarge discovery by 37 days from the current deadline of September 15, 2004, to October 22, 2004.[1] Counsel for plaintiff represented to defendant's counsel that plaintiff will consent to the Government's motion.

Defendant's counsel served plaintiff with defendant's first set of interrogatories and first request for the production of documents on August 2, 2004. Accordingly, plaintiff's responses to the Government's first requests for interrogatories and production of documents are currently due on September 1, 2004. Defendant's counsel must review these responses and documents before taking the deposition of plaintiff, Don Stebbins, in Albuquerque, New Mexico. In addition, plaintiff's counsel has represented to defendant's counsel that they will be involved in

---

[1] The Government also respectfully requests that the Court adjust the date of the telephonic status conference, currently scheduled on September 15, 2004, accordingly.

a trial during the entire month of September, which impedes their ability to take the depositions of Cliff Dils, Bob Cordts, and Ellie Towns in this matter in Albuquerque, New Mexico. Moreover, due to her responsibilities in other matters, as explained below, defendant's counsel also requires additional time to conduct discovery in this case.

Defendant's counsel is responsible for filing a response to a show cause order in a post-award bid protest, Blue Dot Energy Company, Inc v. United States, No. 04-644, due on September 13, 2004, and preparing for oral argument in this case, scheduled on September 17, 2004. In the United States Court of Appeals for the Federal Circuit, defendant's counsel must prepare for oral argument in both Robert E. Hayes v. United States Postal Service, No. 03-3326, scheduled for October 5, 2004, and Elizabeth A. Price v. Social Security Administration, No. 04-3062, scheduled for October 6, 2004. Finally, defendant's counsel will be out of the office during the week beginning August 30, 2004.

In light of the schedule of the parties' counsel, the parties require additional time to schedule and conduct the depositions of Mr. Stebbins, Mr. Dils, Mr. Cordts, and Ms. Towns in Albuquerque, New Mexico during the month of October 2004. For the foregoing reasons, defendant respectfully requests that the Court enlarge discovery by 37 days, to and including October 22, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

August 19, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 19, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO ENLARGE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK