# In the United States Court of Federal Claims

**No. 03-2130C**

**(Filed August 27, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DON STEBBINS, d/b/a**
**COMMUNITY LIFE MEDIA,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S**
**MOTION TO ENLARGE DISCOVERY PERIOD**

---

On August 19, 2004, Defendant filed an unopposed motion to enlarge the discovery period by 37 days, to and including October 22, 2004. Good cause having been shown, the Court grants the motion and adopts the following modified schedule:

1. **Fact Discovery**. All fact discovery shall conclude on or before **October 22, 2004**. In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." RCFC 32(a).

2. **Status Conference**. A telephonic status conference to be originated by the Court shall be held on **October 26, 2004 at 2:00 pm EST**.

3. **Expert Discovery**. Defendant shall designate expert witnesses by **September 15, 2004**, and shall submit expert reports by **November 15, 2004**. Plaintiff shall designate rebuttal expert witnesses by **October 15, 2004**, and shall submit expert reports by **December 15, 2004**. As such, the deadline for completion of all discovery is **December 15, 2004**.

4. **Dispositive Motions**. The parties shall file cross-motions for summary judgment in accordance with RCFC 56 on or before **January 14, 2005**. Responses and replies shall be filed in the time provided by the Court's rules. Defendant may also file a motion to dismiss pursuant to RCFC 12(b) on or before this date.

5. **Telephonic Conferences**. The parties are urged to contact the Court to request a telephonic conference at any time they believe the involvement of the Court will help to secure the just, speedy and inexpensive determination of this action. RCFC 1.

**IT IS SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**