IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DON STEBBINS, d/b/a<br>COMMUNITY LIFE MEDIA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2130C<br>(Judge Williams) |

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of this action in its entirety without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ BRYANT G. SNEE
BRYANT G. SNEE
Assistant Director

S/ JOHN W. BOYD
JOHN W. BOYD
Attorney
Freedman, Boyd, Daniels,
Hollander, Goldberg & Cline P.A.
20 First Plaza, Suite 700
P.O. Box 25326
Albuquerque, NM 87125
Tele: (505) 842-9960
Fax: (505) 842-0761

October 11, 2004

Attorney for Plaintiff

S/ KELLY B. BLANK
KELLY B. BLANK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Fax: (202) 353-7988

October 13, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 13, 2004, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ KELLY B. BLANK