# In the United States Court of Federal Claims

**No. 03-2130C**

**(Filed October 15, 2004)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**DON STEBBINS, d/b/a** *
**COMMUNITY LIFE MEDIA** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER OF DISMISSAL**

---

On October 13, 2004, the parties filed a Joint Stipulation of Dismissal Without Prejudice. Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the Court hereby dismisses the above-captioned action without prejudice. The parties shall bear their respective costs, attorney's fees and expenses.

**s/Mary Ellen Coster Williams**
**MARY ELLEN COSTER WILLIAMS**
**Judge**