# In the United States Court of Federal Claims

**No. 03-2130 C**

**DON STEBBINS, d/b/a COMMUNITY LIFE MEDIA,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the court's Order of Dismissal, filed October 15, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1), that the complaint is dismissed, without prejudice. The parties shall bear their respective costs, attorney's fees and expenses.

Brian Bishop
Clerk of Court

**October 26, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.